**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

CASE NO.  3:03-cr-249-32MCR

v.

ANGELA D. HARRIS

---

**SUPERVISED RELEASE REVOCATION
and
<u>JUDGMENT AND COMMITMENT</u>**

A Petition charging that defendant violated conditions of her Supervised Release was filed on June 1, 2006. (Doc. #53).  A Final Revocation of Supervised Release hearing was held in open court on July 21, 2006.  The defendant appeared with counsel, James H. Burke, Jr., Esquire.  Also present was the probation officer and Assistant United States Attorney, Frank Talbot.  At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violations of Supervised Release. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of her Supervised Release.  It is hereby,

**ORDERED AND ADJUDGED**:

1. Defendant's term of Supervised Release is hereby **REVOKED**.

2. Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Twelve (12) MONTHS, with no Supervised Release to follow.**

3.     The defendant is in desperate need of intensive mental health and substance abuse services.  The Courts strongly recommends that the Federal Medical Center at Carswell in Fort Worth, Texas would be the only appropriate facility to accomplish those goals.

4.     Defendant is remanded to the custody of the United States Marshal.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of July, 2006.

                                                                                                                 _____
                                                                                                                 TIMOTHY J. CORRIGAN
                                                                                                                 United States District Judge

m.
Copies to:

Asst. U.S. Attorney (Talbot)
Asst. Federal Public Defender (Burke)
U.S. Probation
U.S. Marshals
U.S. Bureau of Prisons